NO. 07-12-0531-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 1, 2013
_____

DOUGLAS CONRAD, APPELLANT

V.

TEXAS BAC HOME LOAN SERVICING, L.P. FKA COUNTRYWIDE HOME LOAN
SERVICING, L.P.; THE BANK OF NEW YORK MELLON TRUST COMPANY N.A.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, RECONTRUST, N.A.,
APPELLEES

_____

FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GN-11-001280; HONORABLE TIM SULAK, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Douglas Conrad, proceeding *pro se* and *in forma pauperis*, appeals
the trial court's *Order Granting Defendants' Second Motion for Summary* Judgment,
dated May 23, 2012, as well as the trial court's *Order Setting Supersedeas Bond* dated
August 28, 2012. The clerk's record has been filed and Appellant's brief was due on
December 19, 2012. By letter dated January 2, 2013, this Court notified Appellant of

the defect and extended the deadline in which to file the brief to January 14, 2013, noting that failure to comply would subject this appeal to dismissal pursuant to applicable rules of appellate procedure without further notice.  *See* TEX. R. APP. P. 38.8(a) and 42.3(b) and (c).  Appellant did not respond and the brief remains outstanding.

Consequently, we dismiss this appeal for want of prosecution and failure to comply with a notice from the Clerk of this Court requiring action within a specified time.


Patrick A. Pirtle
Justice